EXHIBIT A

Hey my nigga just want to give you a heads up on how your girl Jamie is making you look like a Clown and everyone's laughing at you. She's known as the Company hoe. She talked bad about you and said that your dick was too small and didn't satisfy her. Ask the nigga on rude 6. He was getting that pussy, and and head. Asked to see the text and pictures he have. She have ugly feet and her pussy smell anyway.

EXHIBIT B

Lol we all knew you were a lame nigga when you got here! We gave you facts on who your girl was fucking and you still let her manipulate you into thinking she didn't fuck a few of us especially that night on 6! Your hoe and that nigga on 6 been laughing at you and telling people how they have you believing they didn't fuck! You look real stupid! Ask her about who dick she sucked in the bathroom and in the truck! Yes my dick. Tell her if she want to keep lying to you then next time I'll expose her by putting pictures of her up and I'll expose that nigga on 6 by showing his wife! Tell her to keep playing and lying! I'lol give you another fact you lame! Ask her about that butt plug with the diamond jewel on it while she was sucking my dick! And how she love to ride that dildo with that ass plug in. How else would we all know these details if she wasn't giving up that pussy! Her pussy smell so I only got head in the bathroom. Ask her who I am lol